# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trumble, Robert W. | U.S. District Court for the Northern District of WV | 05/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge -Full Time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

217 W. King Street
Room 207
Martinsburg
West Virginia 25401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | McNeer, Highland, McMunn and Varner, L.C.: By-laws/operating agreement containing terms of shareholder buy-out upon retirement/departure. No control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | McNeer, Highland, McMunn and Varner, L.C. Income received pursuant to by-laws/operating agreement for shareholder buy-out upon retirement/ departure. | $47,980.75 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Berkeley County West Virginia Board of Education: Compensation as a Teacher, Department Chair and Referral Agent |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Trumble, Robert W.** | 05/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BB&T | Mortgage on Rental Property #1, Morgantown, WV (Pt VII, Line 34) | None |
| 2. | BB&T | Mortgage on Rental Property #2, Oakland, MD (Pt VII, line 35) | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Savings Bonds | A | Interest | K | T | | | | | |
| 2. Royality Interest, Taylor County, WV, Alliance Petroleum Corporation | A | Royalty | J | W | | | | | |
| 3. Northwestern Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 4. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 5. Gamervision, Inc. Stock | | None | J | W | | | | | |
| 6. Huntington Bankshares Incorporated Common Stock (HBAN) | A | Dividend | J | T | | | | | |
| 7. Huntington Bank IRA (H) | | | | | | | | | |
| 8. 1 year renewable CD | A | Interest | J | T | | | | | |
| 9. Amerprise Financial IRA (H) | | | | | | | | | |
| 10. Columbia Acorn International (ACINX)* | B | Distribution | K | T | | | | | |
| 11. Columbia Contrain Core (SMGIX)* | A | Dividend | K | T | | | | | |
| 12. Columbia Limited Duration (CLDZX)* | B | Dividend | L | T | | | | | |
| 13. Delaware Value (DDVIX)* | A | Dividend | K | T | | | | | |
| 14. Loomis Saylles Stratigic Income (NEZYX)* | C | Dividend | L | T | | | | | |
| 15. MFS Emerging Markets (MEDIX)* | B | Dividend | K | T | | | | | |
| 16. Oppenheimer International Growth Fund (OIGYX)* | A | Dividend | K | T | | | | | |
| 17. Thornburg Strategic Income (TSIIX)* | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Trumble, Robert W. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Advantage (EKJYX)* | D | Distribution | K | T | | | | | |
| 19. First Trust Large Value ETF (FTA) | A | Dividend | | | Sold | 09/28/17 | K | D | |
| 20. I-Share Credit Share 1-3 yr ETF (CSJ) | B | Dividend | L | T | | | | | |
| 21. Revenue Share Small Cap ETF (RWJ) | A | Dividend | K | T | | | | | |
| 22. Rydex Guggenheim S&P 500 ETF (RSP) | A | Dividend | K | T | | | | | |
| 23. Rydex Guggenheim Equal Weighted S&P ETF (RPG) | A | Dividend | K | T | | | | | |
| 24. Wisdom Tree Mid Cap (EM) | A | Dividend | K | T | | | | | |
| 25. SPDR Bloomberg BArclays Aggregate Bond ETF (SPAB)** | A | Dividend | J | T | | | | | |
| 26. Cash Sweep- Ameriprise Insured Money Market (AIMMA) | A | Interest | J | T | | | | | |
| 27. Columbia Small Cap Index Cl I (NMSCX)* (NMSAX) | A | Dividend | K | T | | | | | |
| 28. Invesco Dynamic Opportunity | B | Dividend | K | T | Buy | 09/28/17 | K | | |
| 29. JT Amerprise Brokerage (H) | | | | | | | | | |
| 30. Wells Fargo Growth Fund (SGRNX)* | A | Dividend | J | T | Redeemed (part) | 09/28/17 | J | B | |
| 31. Vanguard Short Term Corp Bond (VCSH) | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 32. Cash Sweep- Amerprise Insured Money Market (AIMMA) (Y) will fall off | | | | | | | | | |
| 33. West Virginia Teachers' Defined Contribution Plan | B | Dividend | M | T | | | | | |
| 34. Rental Property #1, Morgantown, WV | B | Rent | | | Sold | 10/23/17 | M | E | Thomas R. Tallada |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rental Property #2, Oakland, MD | | None | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.) Part II, page 1, line 1 - Pursuant to the terms of the shareholder agreement, I recive a buy-out of my interest in the firm and compensation for legal services rendered before becoming a Unite States Magistrate Judge. The amount is a calculated amount and is to be paid over a period of years. The amount paid is not related to the firm's profits earned after my departure, but represents the value of my interest in the firm.

2.) Part VII, page 4, lines 11, 12, 13, 14, 15, 16, 17 - All securities listed with an asterisk were part of a share class conversion from Class A into Class I. There were no trades or purchases associated with this conversion. The securities impacted are listed below:

Columbia Acorn International from LAIAX to ACINX

Columbia Contrian Core from LCCAX to SMGIX

Columbia Limited Duration from ALDAX to CLDZX

Delaware Value from DDVAX to DDVIX

Loomis Saylles from NFEZX to NEZYX

MFS Emerging Markets from MEDAX to MEDIX

Oppenheimer International Growth Fund from OIGAX to OIGYX.

3.) Part VII, page 5, lines 18, 19, 28 - All securities listed with an asterisk were part of a share class conversion from Class A into Class I. There were no trades or purchases associated with this conversion. The securities impacted are listed below:

Thornburg Stategic Income from TSIAX to TSIIX

Wells Fargo Advantage from EKJAX to EKJYX

Columbia Small Cap Index Cl I NMSAX to NMSCX.

4.) Part VII, page 5, line 26 - BNDS which was on my 2016 report - changed its name to SPAB in October 2017 - no buy or sell occurred.

5.) Part VII, Page 5, line 33 - This is a retirement account. I am not a joint owner of this account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Trumble**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544